# United States Court of Appeals
## For the First Circuit

No. 06-2537

ANTONIO VÉLEZ-DÍAZ, ET AL.,

Plaintiffs, Appellants,

v.

UNITED STATES OF AMERICA,

Defendant, Appellee.

ERRATA SHEET

The opinion of this court issued on October 23, 2007, is amended as follows:

On page 7, line 14, replace the words "a such a" with the words "such a".